JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: _____

County/Parrish: _____

## Related Case Information:

Superseding _____  26  Docket Number 070  JDP

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20 / R40 from the District of _____

## Defendant information:

Matter to be Sealed  ✓  Yes _____    No _____

Def. Name: Jimmy Davis Jr.

Alias Name: _____

City/State: _____

Year of Birth: 1982    Last 4 digits of SSN _____

Sex: Male    Race: _____

```
U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JUN  3 2026

FILED/REC'D
CLERK OF COURT
```

## U.S. Attorney Information:

AUSA: DANIEL HESS    Bar #: _____

Interpreter:  ✓  No    Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

Already in Federal Custody as of: _____  in _____

Already in State Custody

On Pretrial Release

## U.S.C. Citations:

Total # of Counts: _____

☐ Petty    ☐ Misdemeanor    ✓ Felony

Class A

Class B

Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1347 | Health Care Fraud | 1-14 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: June 3, 2026    Signature of AUSA /s/ DANIEL HESS